78,977-01,02
03,04

Motion
For Appointment of Counsel

MOTION DENIED
DATE: 10-9-15
BY: P.C.

Now into Court Comes KENNETH R. Knowles, The Applicant Through Pro-Se Representation And Respetfully move This Honorable Court To Appoint Counsel (from Travis, county) for Representing the Applicant's Evidentiary Hearing, To The 207th Judicial Court Comal, County, Texas.

Where fore, The Applicant KENNETH R Knowles, Prays This Honorable Court, will Appoint Counsel To Represent him in Above Action.

Respectfully Submitted

KENNETH R. Knowles - Pro-Se

Pack Unit / 1731817

2400 Wallace Pack Rd.

Navasoto, Texas 77868

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 08 2015

Abel Acosta, Clerk

RECEIVED IN
COURT OF CRIMINAL APPEALS

OCT 09 2015

Abel Acosta, Clerk

# ORDER

On This The _____ day of _____, 2015, Come To Be Considered Applicant's Motion For Appointment of Counsel And Said Motion is hereby

☐ GRANTED / ☐ DENIED.

Signed And Entered This _____ day of _____, 2015.

_____
JUDGE PRESIDERING